1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD G. OLLIVIER,                    No.  2:25-cv-2028 SCR P

12              Plaintiff,

13        v.                                ORDER

14   DOUGLAS PROUDY, et al.,

15              Defendants.

16

17        Plaintiff, a county jail detainee proceeding pro se, filed a civil rights action pursuant to

18   42 U.S.C. § 1983 (ECF No. 1) together with a request to proceed in forma pauperis pursuant to

19   28 U.S.C. § 1915 (ECF No. 2).  However, the certificate portion of the request, which must be

20   completed by plaintiff's institution of incarceration, has not been filled out.  Also, plaintiff has

21   not filed a certified copy of the inmate trust account statement for the six month period

22   immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff is

23   provided the opportunity to submit a completed in forma pauperis application and a copy of his

24   inmate trust account statement with the required certification in support of the application.

25        In accordance with the above, IT IS HEREBY ORDERED that:

26        1.        Plaintiff shall submit, within thirty (30) days from the date of service of this order,

27   a completed affidavit in support of the request to proceed in forma pauperis on the form provided

28   by the Clerk of Court, and a certified copy of the inmate trust account statement for the six-month

1

1  period immediately preceding the filing of the complaint;

2       2.      The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

3  Forma Pauperis By a Prisoner; and

4       3.      Plaintiff's failure to comply with this order will result in a recommendation that

5  this action be dismissed without prejudice for failure to comply with a court order and failure to

6  pay the filing fee.  See Local Rule 110; Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995)

7  (affirming dismissal pursuant to in forma statute for failure to pay partial filing fee).

8  DATED: August 4, 2025

9

10

11
                                              SEAN C. RIORDAN
12                                            UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2