1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. OLLIVIER,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS PROUDY, et al.,<br><br>Defendants. | No. 2:25-cv-02028 SCR P<br><br><br><u>ORDER TO SHOW CAUSE</u> |

Plaintiff is a county inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff filed the operative complaint and a motion to proceed in forma pauperis on July 21, 2025. (ECF Nos. 1, 2.) However, the certificate portion of the in forma pauperis application, which must be completed by plaintiff's institution of incarceration, was not filled out. Nor did plaintiff file a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). On August 4, 2025, the undersigned ordered plaintiff to fix these issues within thirty days. (ECF No. 4.) In response, plaintiff filed miscellaneous documents related to deposits into his jail commissary account (ECF No. 6) but has not submitted a completed in forma pauperis application and a copy of his inmate trust account statement with the required certification in support of the application.

Plaintiff will be given a final chance to explain why the action should not be dismissed for failure to either pay the filing fee or submit a completed application for leave to proceed in forma

1

pauperis. Plaintiff's failure to respond to this order will result in a recommendation that the action be dismissed without prejudice. See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995) (affirming dismissal for failure to pay partial filing fee under IFP statute); Local Rule 110 (failure to comply with court orders).

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause, in writing, within twenty-one (21) days of service of this order, why the failure to pay the required filing fees or file an in forma pauperis affidavit should not result in a recommendation that this case be dismissed. If Plaintiff fails to respond, the court will recommend dismissal of this case for failure to pay the filing fee and failure to comply with the court's order.

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: September 9, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE