UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. OLLIVIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS PROUDY, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-02028-DC-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. No. 11) |

Plaintiff Ronald G. Ollivier, a formerly incarcerated county jail inmate proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 21, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one (21) days. (Doc. No. 11.) Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.　　The findings and recommendations filed on October 21, 2025 (Doc. No. 11) are

ADOPTED IN FULL;

2. This action is dismissed, without prejudice, for failure to pay the filing fees and failure to comply with a court order; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 16, 2025**

Dena Coggins
United States District Judge